UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN BEYE, | |
| Plaintiff, | Civil Action No. 06-5337 |
| v. | Hon. Faith S. Hochberg, U.S.D.J. |
| HORIZON BLUE CROSS BLUE SHIELD | |
| Defendant. | |
| SUZANNE FOLEY, | Civil No. 06- 6219(FSH) |
| | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff | |
| v. | |
| | **ORDER** |
| HORIZON BLUE CROSS BLUE SHIELD, | Date: July 3, 2007 |
| Defendant. | |

This matter coming before this Court upon Defendant Horizon's July 2, 2007 letter to this Court requesting an extension to file its reply briefs in Docket No. 06-5337 and Docket No. 06-6219; and

it appearing that Defendant Horizon has already been given more time to file its reply briefs than normally given to parties;

**IT IS** on this 3rd day of July, 2007,

**ORDERED** that Defendant's request for an extension to file its reply briefs is **DENIED**; and it is

**ORDERED** that Defendant may file only one reply brief **no longer than 20 pages**.

1

/s/ Faith S. Hochberg

Hon. Faith S. Hochberg, U.S.D.J.