UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| RONALD DRAZIN, et al. :<br><br>Plaintiffs, :<br><br>v. :<br><br>HORIZON BLUE CROSS BLUE SHIELD :<br>Defendant, : | Civil Action No. 06-6219(FSH)<br><br>ORDER ON INFORMAL APPLICATION |

This matter having come before the Court by way of submission dated July 27, 2011, regarding the plaintiffs' request that the Undersigned enter an order directing the defendant to deposit $2.45 million in an interest bearing account for disbursement to pay attorney fees and costs once the Court rules on the fee dispute;

and the request asking the Court to compel an action that is not required by the settlement agreement or the Final Approval Order;

and the plaintiffs having provided no legal authority for their request and presented no information to suggest that the money that defendants agreed to pay is being dissipated or that defendants are expected to lack the financial ability to pay the agreed-upon amount once the fee dispute is resolved;

and the request therefore being tantamount to a request for an injunction;

and the Undersigned lacking the authority to grant an injunction;

IT IS THEREFORE ON THIS 27th day of July, 2011

ORDERED that the request that the Undersigned enter an Order compelling the defendant to deposit $2.45 million into an interest bearing account for disbursement to pay

attorney's fees and costs once the Court resolves the fee dispute is denied.

s/Patty Shwartz<br>
UNITED STATES MAGISTRATE JUDGE