**FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONALD DRAZIN, *et al.*, | : |
| | : Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs, | : |
| | : Civil Case No. 06-6219 |
| v. | : |
| | : **ORDER** |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC., *et al.*, | : |
| | : Date:  December 28, 2011 |
| Defendants. | : |

**HOCHBERG, District Judge:**

Pursuant to Fed. R. Civ. P. 53, the Court hereby appoints a Special Master in this case. This Court notifies the parties that it is considering the appointment of Hon. Douglas Wolfson, Esq. to that role, subject to his ability to commence the following duties within 30 days and subject to objection by the parties, who shall state the basis for any such objection on or before January 5, 2012:

1. The Special Master shall proceed with all reasonable diligence to analyze the evidence in the record regarding Nagel Rice LLP's time and expenses in order to prepare a report, in accordance with the principles set forth in the Court's December 28, 2011 Opinion (the "Opinion"), calculating the lodestar of Nagel Rice LLP ("Nagel Rice") in its representation of the Class in this action.  In performing these duties, the Special Master shall have all of the authority specified by Fed. R. Civ. P. 53(c).

2. The Special Master may review the entire written record in determining Nagel Rice's lodestar and shall deduct the time and expenses that are excessive, unnecessary, duplicative or were incurred as part of the conflict between Nagel Rice and Mazie Slater Katz & Freeman, LLC, which did not confer a benefit upon the Class.

3. Nagel Rice's role will be to point out record support for what it believes to be its appropriate lodestar consistent with the principles annunciated in the Opinion.

4. The Special Master will be responsible for filing a Report and Recommendation setting forth in full his calculation of Nagel Rice's lodestar together with the basis for that calculation.

5. Within twenty one days of the date of this Order, the Hon. Douglas Wolfson shall file a declaration stating that there is no ground for disqualification under 28 U.S.C. § 455, in accordance with Fed. R. Civ. P. 53(b)(3).

6. The Special Master shall bill his time at his customary billing rate. The charges of the Special Mater shall be paid from the attorneys' fee fund established pursuant to the Settlement.

/s/ *Faith S. Hochberg*
Hon. Faith S. Hochberg
United States District Judge